IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03204-BNB

JESUS O. HALL,

      Plaintiff,

v.

J. BROWN, RN,
ALLRED, Dr.,
DERMIT, Ms., Health Administrator,
DANIELS, Warden, and
HAVER, Off.,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff has filed a "Motion to Obtain New Order" (ECF No. 8), in which he states that prison officials will not provide him with the forms necessary to comply with the Court's December 10, 2012 Order Directing Plaintiff to Cure Deficiencies. The Motion is **granted**, as follows:

      It is **ORDERED** that the Clerk of the Court is directed to mail to Plaintiff copies of the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms.

      Plaintiff shall comply with the Court's December 10 Order to Cure **on or before January 22, 2013**. It is

      **FURTHER ORDERED** that Plaintiff's Motion for an Order Compelling Discovery (ECF No. 7), filed on December 13, 2012, is **denied as premature**.

Dated:  December 20, 2012