IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03204-BNB

JESUS O. HALL,

    Plaintiff,

v.

J. BROWN, RN,
ALLRED, Dr.,
MCDERMOT, Health Administrator,
DANIELS, Warden,
HAVER, Off., and
CINK, P.A.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On February 4, 2013, Plaintiff filed a "Motion for a New Order to Provide the Court with Its Initial Partial Filing Fee" (ECF No. 22). The Court granted Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915 and ordered him to pay an initial partial filing fee of $36.00 in an order filed on January 11, 2013 (ECF No. 19). Plaintiff is advised that his institution is responsible for making filing fee payments when funds are available in the Plaintiff's account. The institution will pay the initial partial filing fee in due course. Accordingly, it is

    HEREBY **ORDERED** that the "Motion for a New Order to Provide the Court with Its Initial Partial Filing Fee" (ECF No. 22) is **denied** as unnecessary.

Dated:  February 5, 2013