IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03204-CMA-KLM

JESUS HALL,

    Plaintiff,

v.

J. BROWN, RN,
DR. ALLRED,
MCDERMOT, Health Admin, and
HAVER, Off,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Stay the Case Until Exhaustion Is Final** [Docket No. 21; Filed January 23, 2013] (the "Motion to Stay") and on Plaintiff's **Motion for Order** [Docket No. 27; Filed March 13, 2013]. In the Motion to Stay, Plaintiff, who is incarcerated, requests a stay of this action until about the end of February when he expected his Eighth Amendment issue to be properly exhausted. Plaintiff further seeks a show cause hearing regarding his Eighth Amendment cruel and unusual punishment claim. In the Motion for Order, Plaintiff seeks a copy of the electronic docket sheet.

    IT IS HEREBY **ORDERED** that the Motion to Stay [#21] is **DENIED as moot in part and DENIED without prejudice in part**. The Motion to Stay is **denied as moot** to the extent it seeks a stay of this action through about the end of February 2013. The Motion to Stay is **denied without prejudice** to the extent it seeks a show cause hearing, as Defendants have not yet entered appearances in this matter.

    IT IS FURTHER **ORDERED** that the Motion for Order [#27] is **GRANTED**. **As a one-time courtesy to Plaintiff**,

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall send to Plaintiff a hard-copy print-out of the current electronic docket.

    Dated: April 2, 2013