IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03204-CMA-KLM

JESUS HALL,

    Plaintiff,

v.

J. BROWN, RN,
DR. ALLRED,
MCDERMOT, Health Admin, and
HAVER, Off,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Dismiss** [#38] and on Plaintiff's **Motion for Leave to File an Amended Complaint** [#48] (the "Motion to Amend"). The Court has reviewed the proposed Third Amended Complaint [#48-1] submitted by Plaintiff and finds that the pleading should be accepted pursuant to Fed. R. Civ. P. 15(a)(2), which states in part that "[t]he court should freely give leave when justice so requires."

    IT IS HEREBY **ORDERED** that the Motion to Amend [#48] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Clerk of Court shall accept Plaintiff's Third Amended Complaint [#48-1] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendants' Motion to Dismiss [#38] is **DENIED as moot**. *See, e.g.*, *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (citations omitted) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."); *AJB Props., Ltd. v. Zarda Bar-B-Q of Lenexa, LLC*, No. 09-2021-JWL, 2009 WL 1140185, at *1 (D. Kan. Apr. 28, 2009) (finding that amended complaint superseded original complaint and "accordingly, defendant's motion to dismiss the original complaint is denied as moot"); *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006) (noting that defendants' motions to dismiss are "technically moot because they are directed at a pleading that is no longer operative").

    Dated: December 16, 2013