**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03204-CMA-KLM

JESUS O. HALL,

    Plaintiff,

v.

J. BROWN, RN,
ALLRED, Dr.,
McDERMOT, Health Administrator,
HAVER, Off., and
CINK, P.A.,

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Affirming April 29, 2013 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on June 4, 2014 it is

    ORDERED that Plaintiff JESUS O. HALL recovers nothing, the action is dismissed without prejudice on the merits.

    Dated at Denver, Colorado this 6th day of June, 2014.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/ A. Thomas
        Deputy Clerk